

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-10-00852-CV

**Edward Baldridge**

**v.**

**Chuck Brauner, in his official capacity as Chief of Police of the Spring Branch Independent School District Police Department and the Spring Branch Independent School District**

NO. 0936082 IN THE 234TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 09/12/2013 | E-PAID | ANT |
| MT FEE | $15.00 | 09/12/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/23/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/09/2013 | E-PAID | ANT |
| MT FEE | $15.00 | 07/09/2013 | E-PAID | ANT |
| FILING | $175.00 | 11/08/2010 | PAID | ANT |
| CLK RECORD | $188.00 | 10/28/2010 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $408.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my

hand and the seal of the Court of Appeals for the First District of Texas, this August 21, 2015.



CHRISTOPHER A. PRINE
CLERK OF THE COURT